# EXHIBIT ONE

RECEIVED

NOV 2 5 2019

U.S. District Court
Middle District of TN

BP-S394.058 DETAINER ACTION LETTER   CDFRM
APR 10

U.S. DEPARTMENT OF JUSTICE                              FEDERAL BUREAU OF PRISONS

| To<br>Bureau of Immigration and Customs Enforcement<br>Criminal Alien Program<br>49 Park of Commerce Boulevard<br>Savannah, Georgia  31405 | | Institution<br>McRae Correctional Facility<br>PO Box 55368<br>McRae-Helena, Georgia 31055 | |
|---|---|---|---|
| | | Date:  09-29-2017 | |
| Alien #:<br>075280403 | Inmate's Name:<br>Donaldson, Corey Allan | Fed Reg No.<br>19537-081 | DOB/SEX/RACE<br>03-06-1973/M/W |
| Aliases: Donalson, Corey; Donalson, Corey Allan; Zonks, Cooby | | Other No. FBI: 654147TD2    SSN: 647341227 | |

The below checked paragraph relates to the above named inmate:

☐   This office is in receipt of the following report:____Will you please investigate this report and advise what disposition, if any, has been made of the case. If subject is wanted by your department and you wish a detainer placed, it will be necessary for you to forward a <u>certified</u> copy of your warrant to us along with a cover letter stating your desire to have it lodged as a detainer.  If you have no further interest in the subject, please forward a letter indicating so.

■   A detainer has been filed against this subject in your favor charging <u>possible deportation to Australia</u>. Release is tentatively scheduled for <u>02-20-2018 via GCT Release</u> however, we will notify you no later than 30 days prior to actual release.  To check on an inmate's location, you may call our National Locator Center at: 202-307-3126 or check our BOP Inmate Locator Website at <u>www.bop.gov</u>.

☐   Enclosed is your detainer warrant. Your detainer against the above named has been removed in compliance with your request.

☐   Your detainer warrant has been removed on the basis of the attached_____.
Notify this office immediately if you do not concur with this action.

☐   Your letter dated_____ requests notification prior to the release of the above named prisoner. Our records have been noted. Tentative release date at this time is_____.

☐   1 am returning your _____ on the above named inmate who was committed to this institution on _____ to serve _____ for the offense of _____ . If you wish your _____ filed as a detainer, please return it to us with a cover letter stating your desire to have it placed as a hold or indicate you have no further interest in the subject.

☐   Other:

Sincerely,

Kathy Gunn, Record Specialist
(229) 868-7778
FAX 229-868-4387
For Stacy A Treat, Record Manager

Original - Addressee, Copy - Judgment & Commitment File; Copy - Inmate; Copy - Central File (Section 1); Copy - Correctional Services Department

(This form may be replicated via WP)                          (Replaces BP-394(58) dtd SEP 2003)