IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, *ex rel.* Corey Donaldson, | ) ) ) | |
| Relator, | ) ) | CIVIL CASE No.: 3:19-cv-01060 JUDGE CAMPBELL |
| v. | ) ) | |
| *CORE CIVIC (NYSE:CXW)*, *et al.*, | ) ) ) | JURY TRIAL DEMANDED **UNDER SEAL** |
| Defendants. | ) | |

## ORDER

The Court having dismissed this action brought pursuant to the False Claims Act, 31 U.S.C. §§ 3729-3733 (*see* ECF 11, 15), the Court orders as follows:

IT IS ORDERED that,

1. Docket entries 1-9 and 11-16 shall be unsealed;

2. The memorandum in support of the United States' motion for an extension of time to consider whether to intervene (ECF 10) shall remain under seal and shall not be made public; and

3. The seal shall be lifted as to all other matters occurring in this action.

IT IS SO ORDERED

ENTERED this  2nd  day of  November , 2020.

_____
WILLIAM L. CAMPBELL JR.
UNITED STATES DISTRICT JUDGE